IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: JOHN E. RICHARDSON,
     DEBTOR

BANKRUPTCY CASE NO. 03-16867

---

JOHN E. RICHARDSON
PLAINTIFF

VS.

ADV. PRO. NO. 09-01041

U.S. BANK HOME MORTGAGE
DEFENDANT

---

## ORDER

The Court has been advised that the above-entitled case has been settled. Therefore, this cause is DISMISSED with prejudice. Costs are taxed as paid.

Done this 29th day of July, 2009.

_David W. Houston, III_
UNITED STATES BANKRUPTCY JUDGE